In the Matter of JOHN J. HAYDEN, Petitioner, v. JULIUS HELFAND, as an Acting Justice of the Supreme Court of the State of New York, Respondent

Christ, Acting P. J., Brennan, Hopkins, Benjamin and Munder, JJ., concur.